JANUARY 19, 1999

No. 98–5070. SLEKIS *v.* THOMAS, COMMISSIONER, CONNECTICUT DEPARTMENT OF SOCIAL SERVICES. C. A. 2d Cir. Motion

of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the interpretive guidance issued by the Health Care Financing Administration on September 4, 1998.